IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAMARCUS THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-108(MTT) |
| WARDEN CARL HUMPHREY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Order and Recommendation (Doc. 22) on the Plaintiff's complaints (Docs, 1, 10, 13, 18, and 20). Pursuant to § 1915A, the Magistrate Judge conducted a frivolity review of the Plaintiff's Second Amended Complaint and Supplement.[1] The Magistrate Judge recommends that all claims and Defendants be dismissed, with the exception of the Plaintiff's denial of medical care claims against Defendants Nurse Gore, Doctor Burnside, and Warden Humphrey. (Doc. 22 at 2). The Plaintiff did not object to the Recommendation. The Court has thoroughly reviewed the Plaintiff's complaint and the Recommendation and the Recommendation is adopted and made an order of this Court.

**SO ORDERED**, this 27th day of June, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Magistrate Judge reasons that the Plaintiff's Second Amended Complaint and Supplement (Doc. 13) most fully explains his claims and that all complaints filed after this Complaint are virtually identical. Further, the Magistrate Judge notes that the later complaints (Docs. 18 and 20) were improperly filed. (Doc. 22 at 1-3). Thus, the Magistrate Judge reviewed the Second Amended Complaint and Supplement in the court's frivolity review.