IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LAMARCUS THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:13-CV-108 (MTT) |
| ) | |
| EDWARD HALE BURNSIDE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 73) to deny the Plaintiff's motion for a preliminary injunction (Doc. 67).  The Magistrate Judge recommends denying the motion because the Plaintiff has not met his burden to show a substantial likelihood of success on the merits or a substantial threat of irreparable injury.  Additionally, the Magistrate Judge found the Plaintiff's requested relief amounted, in part, to a broad instruction for the Defendants to obey the law, which runs afoul of Fed. R. Civ. P. 65(d).  The Plaintiff has filed a "declaration for the order to show cause for a preliminary injunction temporary restraining order" (Doc. 77), which the Court construes as an objection to the Recommendation.  The Plaintiff contends he has established the four prerequisites for a preliminary injunction.  However, his declaration largely reiterates the arguments made in his original motion, along with conclusory statements that he will suffer irreparable harm.  Thus, the Court concludes his objection is without merit.

The Court has reviewed the Recommendation and the Plaintiff's objection and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion for a preliminary injunction (Doc. 67) is **DENIED**.

**SO ORDERED**, this 28th day of April, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT